IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:18CR00484-001 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| RUFUS TAYLOR, | ) | **MOTION TO CONTINUE** |
| | ) | |
| Defendant, | ) | |

Now comes the Defendant, RUFUS TAYLOR, by and through undersigned Counsel, Michael H. Peterson, and hereby respectfully request this Honorable Court continue the Sentencing hearing set for April 18th, 2019. On grounds of counsel has a conflict in his schedule that just arose and is unavailable for this hearing. Counsel request that this Honorable Court reset said hearing for a date more convenient for all concerned. Counsel has also been in contact with the prosecutor and is aware of the filing of this continuance and has no objections.

Said request is being made for good cause and not for purposes of delay.

Respectfully Submitted,

/s/ Michael H. Peterson
**MICHAEL H. PETERSON (0010599)**
Counsel for the Defendant
820 West Superior Ave., Suite 800
Cleveland, Ohio 44113
Telephone: (216) 771-1900
Facsimile: (216) 566-0738

## **CERTIFICATE OF SERVICE**

    A true copy of the foregoing Motion to Continue has been delivered electronically on this 12th, day of January, 2019 to Elliot D. Morrison, Assistant US Attorney for the Nothern District of Ohio via the ECF/PACER electronic filing system.

/s/ Michael H. Peterson  
**MICHAEL H. PETERSON**  
Counsel for the Defendant
