IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:18CR484 |
| | ) | |
| Plaintiff, | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| v. | ) | |
| | ) | |
| RUFUS TAYLOR, | ) | JOINT MOTION TO CONTINUE |
| | ) | SENTENCING |
| Defendant. | ) | |

Now comes the parties, by and through Justin E. Herdman, United States Attorney, and Chelsea S. Rice and Elliot D. Morrison, counsel for the United States of America, and Michael H. Peterson, counsel for Defendant Rufus Taylor, and hereby request a continuance of the sentencing date in this case.  The sentencing hearing in this case is currently scheduled for October 8, 2019.  The parties request that the sentencing hearing be rescheduled to a date during the first two weeks of December 2019.

Undersigned counsel has been in contact with Mr. Peterson, who has indicated that he joins in this request.

               Respectfully submitted,

               JUSTIN E. HERDMAN
               United States Attorney

          By: /s/ Chelsea S. Rice
             Chelsea S. Rice (OH: 0076905)
             Elliot D. Morrison (OH: 0091740)
             Assistant United States Attorneys
             United States Court House
             801 West Superior Avenue, Suite 400
             Cleveland, OH 44113
             (216) 622-3752/3919
             (216) 685-2378 (facsimile)
             Chelsea.Rice@usdoj.gov
             Elliot.Morrison@usdoj.gov

2

CERTIFICATE OF SERVICE

    I hereby certify that on this 27th day of September 2019 a copy of the foregoing document was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's system.

        /s/ Chelsea S. Rice
        Chelsea S. Rice
        Assistant U.S. Attorney