UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO 1:18-cr-00484-CAB |
| Plaintiff, | ) | |
| | ) | |
| | ) | JUDGE CHRISTOPHER A. BOYKO |
| vs. | ) | |
| | ) | **DEFENDANT'S MOTION** |
| | ) | **FOR PERMISSION TO** |
| RUFUS TAYLOR, | ) | **TRAVEL** |
| | ) | |
| Defendant, | ) | |

Now comes the Defendant RUFUS TAYLOR , by and through his undersigned Counsel, Michael H. Peterson, and hereby respectfully moves this Honorable Court for an order allowing the Mr.Taylor to travel by aircraft to Perry Recreation Department, located at 1060 Keith Drive, Perry Georgia 31069. For the Court's information, Mr. Taylor is asking to attend his sons graduation from the United States Air Force, his son Rufus F. Ball, Master Sergeant will graduate on November 1, 2019. Defendant would be traveling on October 30, 2019, and returning on November 5, 2019.

WHEREFORE, for the foregoing reasons, Counsel requests that this Honorable Court issue an order granting permission to Rufus Taylor to travel out of state for the purpose of visitation for his son graduation with the United States Air Force on noted dates above.

Respectfully submitted,

_____
**MICHAEL H. PETERSON** (0010599)
Attorney for Defendant
820 West Superior Ave. Suite 800
Cleveland, Ohio 44113
Telephone: (216) 771-1900
Facsimile: (216) 566-0738
michaelhenrypeterson@hotmail.com

## **CERTIFICATE OF SERVICE**

A copy of the foregoing Motion has been delivered via electronic to the Northern District of Ohio, this 16th day of October, 2019.

_____
**MICHAEL H. PETERSON** (0010599)
Attorney for Defendant

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:18-CR-00484 |
| | ) | |
| Plaintiff, | ) | JUDGE CHRISTOPHER A. BOYKO |
| . | ) | |
| vs. | ) | |
| | ) | **JUDGMENT ENTRY** |
| RUFUS TAYLOR, | ) | |
| | ) | |
| Defendant, | ) | |

It is hereby ordered that the Defendant's Motion for Authority to Travel, which was filed on or about October 16, 2019 is hereby GRANTED. This Honorable Court grants permission to Rufus Taylor to travel out of state to visit his son in Georgia. Mr. Taylor is to leave on October 30, 2019 and return on November 5, 2019.

IT IS SO ORDERED.

_____        _____

DATE                              **JUDGE CHRISTOPHER A. BOYKO**