IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA , | )CASE NO.    1:18-cr-00484 |
| | ) |
| | ) |
| | ) |
| vs. | )JUDGE: CHRISTOPHER A. BOYKO |
| RUFAS TAYLOR, | ) |
| | ) |
| | )**MOTION FOR CONTINUANCE** |
| | )**ATTORNEY IS HOSPITALIZED** |
| Defendant. | ) |
| | ) |

Now comes counsel, for Defendant, and hereby respectfully requests this Honorable Court to continue Sentencing now scheduled on December 4th, 2019. Counsel just had emergency surgery on his shoulder replacement which is highly infected and had to be removed. Counsel is hospitalized. Counsel is asking this Honorable Court for a Continuance in the Bedford Municipal Court due to his personal ongoing health medical issues and is requesting more time.

Said request is being made for good cause and not for purposes of delay.

Respectfully Submitted,

/s/Michael H. Peterson
**MICHAEL H. PETERSON (0010599)**
Counsel for the Defendant
820 West Superior Ave., Suite 800
Cleveland, Ohio 44113
Telephone: (216) 771-1900
Facsimile: (216) 566-0738
michaelhenrypeterson@hotmail.com
**CERTIFICATE OF SERVICE**

1

A copy of the foregoing Motion for Continuance has filed electonically this 2nd day of December, 2019 to the Northern District of Ohio Clerk of Courts and also to The United States District Attorneys office.

/s/ Michael H. Peterson
**MICHAEL H. PETERSON (0010599)**
Counsel for the Defendant